UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. C07-5604-RJB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ALBERT R. BRUNO, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having come on for consideration upon the United States of America's Motion and Memorandum in Support of Summary Judgment pursuant to Fed. R. Civ. P. 56, the Court having reviewed the file and record, including any and all supporting and opposing memoranda and documentation, and being otherwise fully advised, finds no genuine issue of material fact and, therefore, it is hereby

ORDERED that Summary Judgment is granted in favor of the Plaintiff, United States of America, and against the Defendant, Albert R. Bruno, and it is further

ADJUDICATED that the United States shall have and it hereby is awarded judgment against the Defendant as follows:

| | |
|---|---|
| Principal: | $ 52,968.90 |
| Prejudgment interest to May 8, 2009 at 9.00% per annum: | $ 45,950.00 |
| TOTAL: | $ 98,918.90 |

PROPOSED ORDER- 1
(C07-5604-RJB)

1. Interest accrues on the total judgment from the date of judgment, at the legal rate in effect on the date of judgment, per annum and compounded annually until paid in full, as defined and pursuant to 28 U.S.C. § 1961.

2. Filing fee of $350.00 pursuant to 28 U.S.C. §§ 2412(a)(2) and 1914(a);

3. Docket fees of $20.00 pursuant to 28 U.S.C. §1923.

DATED this 8th day of May, 2009.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge

Presented by:

s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney
Washington State Bar No. 7142
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: anastasia.bartlett@usdoj.gov

PROPOSED ORDER- 2
(C07-5604-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970 553-7970