# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CIVIL CASE |
| v. | |
| ALBERT R. BRUNO | CASE NUMBER: C07-5604RJB |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Summary Judgement is granted in favor of the Plaintiff, United States of America, and against Defendant, Albert R. Bruno. The United States shall have and is awarded judgment against Defendant as follows:

| | |
|---|---|
| Principal = | $52,968.90; |
| Prejudgment interest to 5/8/09 at 9.00% per annum = | $45,950.00; |
| TOTAL: | $98,918.90 |

1) Interest accrues on the total judgment from the date of judgment, at the legal rate in effect on the date of judgment, per annum and compounded annually until paid in full, as defined and pursuant to 28 U.S.C. § 1961.
2) Filing fee of $350.00 pursuant to 28 U.S.C. § 2412(a)(2) and 1914(a); and
3) Docket Fees of $20.00 pursuant to 28 U.S.C. § 1923.


May 8, 2009                           BRUCE RIFKIN
                                      Clerk

                                      /s/ Dara L. Kaleel
                                      By Dara L. Kaleel, Deputy Clerk